No. D–1612. IN RE DISBARMENT OF SUDDARD. Oliver V. Suddard, of Wilmington, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1613. IN RE DISBARMENT OF JONES. David Arthur Jones, of Lincoln, N. H., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1614. IN RE DISBARMENT OF BILLINGS. Richard H. Billings, of Elizabeth, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1615. IN RE DISBARMENT OF REGGIE. Edmund Michael Reggie, of Crowley, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1616. IN RE DISBARMENT OF KELLEY. Phil M. Kelley, of Portland, Ore., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1617. IN RE DISBARMENT OF SAVOY. John E. Savoy, of Phoenix, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1618. IN RE DISBARMENT OF POWELL. William Jackson Powell, of Arlington, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.